IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-cr-55 (LLA) |
| v. | : | 18 U.S.C. § 1752(a)(2) |
| **DEAN HARSHMAN,** | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dean Harshman, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. This joint session of Congress was an official proceeding as that term is used in Title 18, United States Code, Section 1512. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted

those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021 Capitol Riot*

8. The defendant, Dean Harshman, lives in Waynesville, Ohio. Harshman traveled to Washington, D.C., in order to attend the January 6, 2021 "Stop the Steal" rally concerning the certification of the 2020 Presidential election in support of then-President Donald Trump. The purpose of Harshman's trip to Washington, D.C., was to protest Congress's certification of the Electoral College votes cast for the 2020 Presidential Election.

9. Throughout the events of January 6, 2021, Harshman wore a light gray Cabela's sweatshirt with dark gray sleeves, a green backpack, and blue jeans.

10. After attending the rally, Harshman joined the crowd walking to the U.S. Capitol. Once he neared Capitol grounds, Harshman noted the "D.C. police officers standing guard in front

of our House," as he used his cell phone to film the Capitol's restricted perimeter, including bike rack barriers, snow fencing, and "Area Closed" signs.

11. Harshman knew that Vice President Pence was present at the Capitol that day.

12. At approximately 12:54 p.m., individuals in the crowd breached barriers posted at the Peace Circle area on the Capitol's northwest front. Harshman joined the crowd that entered restricted Capitol grounds immediately following this breach, and he filmed videos with his phone showing rioters advancing past security barriers and rushing the Capitol building as he shouted statements including, "This is the stuff they ain't gonna show you on TV!" and "We're taking our House back!" At one point just after he had entered restricted Capitol grounds, Harshman panned his phone camera down and filmed an "Area Closed" sign on the ground. As he filmed the sign, Harshman shouted, "Area is NOT closed!"

13. Harshman made his way to the West Plaza, where he stood near a line of police officers, conversed with other rioters about the law enforcement presence and the need to push past officers, and filmed police deploying pepper balls into the mob. At one point, Harshman remarked, "They just threw a flashbang at us," and "I'm not leavin'."

14. Soon thereafter, Harshman joined rioters ascending stairs leading to the Upper West Terrace and Northwest Courtyard. At approximately 2:20 p.m., Harshman entered the Capitol building through the Senate Wing Door, which other rioters breached approximately 6 minutes prior. Harshman began to walk through the building, including the Crypt and a nearby office.

15. At approximately 2:35 p.m., Harshman returned to the Senate Wing Door interior and queued up with other rioters to exit the Capitol through a broken window.

*Elements of the Offense*

16.  The parties agree that Disorderly or Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2), requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in , or in proximity to, any restricted building or grounds.

   b. Second, the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

   c. Third, the defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

*Defendant's Acknowledgments*

17.  The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions, engaged in disorderly and disruptive conduct in a restricted building or grounds, which in fact impeded or disrupted the orderly conduct of Government business or official functions.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-775

## DEFENDANT'S ACKNOWLEDGMENT

I, Dean Harshman, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8/2/2024

Dean Harshman
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8/2/24

William L. Shipley, Jr.
Attorney for Defendant